UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS J. OLSEN, Individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Square One Entertainment, Inc., d/b/a Shamwow! Masks,<br><br>Defendant. | ECF CASE<br><br>No.: 1:21-cv-00499-ENV-VMS |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

With Defendant having not filed an Answer or a Summary Judgment Motion, and no class action having been certified under Fed. R. Civ. P. 23, Plaintiff Olsen hereby voluntarily dismisses this action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) and shall bear his own fees and costs.

Dated: April 27, 2021
New York, New York

| | |
|---|---|
| s/ Christopher H. Lowe<br>Christopher H. Lowe<br>LIPSKY LOWE LLP<br>420 Lexington Avenue<br>Suite 1830<br>New York, New York 10170<br>chris@lipskylowe.com<br>212.392.4772<br>*Attorneys for Plaintiff* | Application Granted<br>SO ORDERED<br>Brooklyn, New York<br>Dated: 4/28/2021<br><br>*/s/ Eric N. Vitaliano*<br>Eric N. Vitaliano<br>United States District Court |